# EXHIBIT A

| | |
|---|---|
| **From:** | Daryl Kipnis <daryl@kipnislawoffices.com> |
| **Sent:** | Friday, January 31, 2025 10:45 PM |
| **To:** | DeSmedt, Emily Cuneo |
| **Subject:** | Re: Foster/Merck |

[EXTERNAL EMAIL]
Emily- I had been working on this and it is near complete, but unfortunately I do not believe I can get it uploaded to ECF by midnight tonight as I had to stop working on it to care for two ill family members. Do you have any objection to me submitting this by Monday? Thank you for your time and consideration with regard to this matter.

Thanks,

Daryl J. Kipnis, Esq.
**KIPNIS LAW OFFICES**

## 125 Half Mile Road
## Suite 200
## Red Bank, NJ 07701

Phone: 732-595-5298
Fax: 732-412-7925
Email: daryl@kipnislawoffices.com


*FRAUD WARNING: DON'T BECOME A VICTIM OF WIRE FRAUD - <u>NEVER</u> WIRE ANY FUNDS TO **<u>ANYONE</u>** WITHOUT FIRST CONFIRMING & VERIFYING WIRING INFORMATION WITH THIS OFFICE VIA TELEPHONE.*

*Disclaimer This email and any files transmitted with it are confidential and, if addressed to a client of Kipnis Law Offices, may have content that is protected by the attorney-client privilege and/or work product doctrine. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author. Finally, the recipient should check this email and any attachments for the presence of viruses. Kipnis Law Offices accepts no liability for any damage caused by any virus that may be transmitted by this email.*

*IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

> On Jan 28, 2025, at 11:27 AM, Daryl Kipnis <daryl@kipnislawoffices.com> wrote:
>
> I received your message, thank you very much.
>
> Very truly yours,
> Daryl Kipnis

1

Daryl J. Kipnis, Esq.
**KIPNIS LAW OFFICES**

125 Half Mile Road

Suite 200

Red Bank, NJ 07701

Phone: 732-595-5298
Fax: 732-412-7925
Email: daryl@kipnislawoffices.com

FRAUD WARNING: DON'T BECOME A VICTIM OF WIRE FRAUD - NEVER WIRE ANY FUNDS TO **ANYONE** WITHOUT FIRST CONFIRMING & VERIFYING WIRING INFORMATION WITH THIS OFFICE VIA TELEPHONE.

*Disclaimer This email and any files transmitted with it are confidential and, if addressed to a client of Kipnis Law Offices, may have content that is protected by the attorney-client privilege and/or work product doctrine. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author. Finally, the recipient should check this email and any attachments for the presence of viruses. Kipnis Law Offices accepts no liability for any damage caused by any virus that may be transmitted by this email.*

*IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

> On Jan 28, 2025, at 11:25 AM, DeSmedt, Emily Cuneo <emily.desmedt@morganlewis.com> wrote:
>
> Hi there,
>
> I received your voicemail. We will consent to an extension of your deadline to oppose our motion to dismiss until this Friday, 1/31. Thank you,
>
> **Emily Cuneo DeSmedt**
> **Morgan, Lewis & Bockius LLP**
> 502 Carnegie Center | Princeton, NJ 08540-6241
> Direct: +1.609.919.6673 | Main: +1.609.919.6600 | Fax: +1.609.919.6701
> Assistant: Nikki Brantley | +1.609.919.6690 | nikki.brantley@morganlewis.com
> emily.desmedt@morganlewis.com | www.morganlewis.com
>
> <image001.jpg>

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.